evidence of commercial success. We see no error. Hubbell submitted a declaration and sales figures from 2006–2012 that show that three allegedly patent-covered products outsold a product that does not embody the claimed invention. J.A. 618–25. But the Board found that the allegedly patent-covered products were in fact "priced significantly lower than" the product not covered by the patent. *Hubbell,* 2014 WL 1398353, at *7. In light of that evidence-supported finding, the Board determined that it could not find that the success of the allegedly patent-covered products was attributable to the claimed invention. The Board did not err in that determination or, therefore, in not finding a commercial-success basis for coming to a different conclusion about obviousness than the rest of the analysis warranted.

CONCLUSION

For the foregoing reasons, we affirm the Board's rejection of claims 1–23.

**AFFIRMED**

Andrew DiNovo, DiNovo, Price, Ellwanger & Hardy LLP, Austin, TX, argued for plaintiff-appellant. Also represented by Jay D. Ellwanger, Nicole E. Glauser.

Edward R. Reines, Weil, Gotshal & Manges LLP, Redwood Shores, CA, argued for defendant-cross-appellant.

DYK, MAYER, and STOLL, Circuit Judges.

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

**DIGITAL REG OF TEXAS, LLC,**
Plaintiff–Appellant

v.

**ADOBE SYSTEMS INCORPORATED,**
Defendant–Cross–Appellant.

Nos. 2015–1266, 2015–1708,
2015–1709, 2015–1753.

United States Court of Appeals,
Federal Circuit.

April 8, 2016.

**OSRAM GMBH, Appellant**

v.

**E. Fred SCHUBERT, Appellee.**

No. 2015–1620.

United States Court of Appeals,
Federal Circuit.

April 8, 2016.